◆AO 442   (Rev. 10/03) Warrant for Arrest

SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

# UNITED STATES DISTRICT COURT

Western _____ District of _____ Texas

UNITED STATES OF AMERICA

V.

ROBERT CALDWELL (2)

**WARRANT FOR ARREST**

Case Number: SA-07-50(2)M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ROBERT CALDWELL (2) _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with   (brief description of offense)
knowingly and willfully combine, conspire, confederate and agree with persons known and unknown to export articles classified under the International Traffic in Arms Regulations, to wit: Hawk Missile System Batteries (Eagle Picher Brand GAP 4328 Zinc/Silver Oxide reserve batteries), without first having obtained a license from the U.S. Department of State, Office of Defense Trade Controls

in violation of Title   18 USC 371 and Title 22   United States Code, Section(s)   2778

| JOHN W. PRIMOMO | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| UNITED STATES MAGISTRATE JUDGE | 1/26/2007                San Antonio, TX |
| Title of Issuing Officer | Date             Location |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

San Antonio, TX.

| DATE RECEIVED 1-25-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1-25-07 | MARK GONZALEZ, SSA | [signature] |

AO 442    (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ROBERT CALDWELL (2)

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: