AO 442 (Rev. 10/03) Warrant for Arrest

SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

# UNITED STATES DISTRICT COURT

| Western | District of | Texas |
|---|---|---|

UNITED STATES OF AMERICA

V.

ROBERT CALDWELL (2)

**WARRANT FOR ARREST**

Case Number: SA-07-50(2)M

Filed 2-7-07

RECEIVED
USMS W/TX (80)

JAN 3 0 2007

WARRANTS
SAN ANTONIO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ROBERT CALDWELL (2)_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
knowingly and willfully combine, conspire, confederate and agree with persons known and unknown to export articles classified under the International Traffic in Arms Regulations, to wit: Hawk Missile System Batteries (Eagle Picher Brand GAP 4328 Zinc/Silver Oxide reserve batteries), without first having obtained a license from the U.S. Department of State, Office of Defense Trade Controls

in violation of Title __18 USC 371 and Title 22__ United States Code, Section(s) __2778__

JOHN W. PRIMOMO
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

1/26/2007
Date

San Antonio, TX
Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

San Antonio, TX.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-26-07 | MARK GONZALEZ, SSA | |
| DATE OF ARREST | | |
| 1-25-07 | | |